DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

KELVON ADONIS FRANCIS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

No. 2D2023-1846
_____

June 12, 2026

Appeal from the Circuit Court for Hillsborough County; Samantha L. Ward, Judge.

Blair Allen, Public Defender, and Robert D. Rosen, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Taylor A. Schell, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

     Affirmed.


LUCAS, C.J., and VILLANTI and GUARD, JJ., Concur.

_____

Opinion subject to revision prior to official publication.